IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CINDY FRANCO<br>*Plaintiff*,<br><br>vs.<br><br>AUTOZONE TEXAS, LLC, AUTOZONERS, LLC, AUTOZONE WEST, LLC, AUTOZONE PARTS, INC., AUTOZONE, INC., AUTOZONE, AND JERRY CARRIER<br>*Defendants*. | CIVIL ACTION NO. 4:17-cv-01787<br><br>On removal from the 11th Judicial District Court of Harris County, Texas Cause No. 2017-29575<br><br>JURY DEMANDED |

## **DEFENDANTS' DISCLOSURE STATEMENT**

Pursuant to Federal Rule 7.1, Defendants, AUTOZONE TEXAS, LLC, AUTOZONERS, LLC, AUTOZONE WEST, LLC, AUTOZONE PARTS, INC., and AUTOZONE, INC. file this Certificate of Interested Parties and disclose the following persons and entities pursuant to Federal Rule of Civil Procedure 7.1:

1. AutoZone Texas, LLC, AutoZoners, LLC, and AutoZone Parts, Inc. are wholly owned by AutoZone Investment Corporation. AutoZone Investment Corporation's parent is AutoZone, Inc.

2. AutoZone West, LLC is wholly owned by AutoZone Parts, Inc.

3. AutoZone, Inc. is a publicly traded company. No publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

SMITH & CARR, P.C.

By: /s/ Charles M. Carr, III
Charles M. Carr, III
Federal ID# 17348
T.B.A. # 00788961
ccarr@smithcarr.com
Joy M. Brennan
T.B. A. # 24040569
jbrennan@smithcarr.com
9235 Katy Freeway, Suite 200
Houston, Texas 77024
Telephone:  (713) 933-6700
Facsimile:  (713) 933-6799
ATTORNEY IN CHARGE FOR
DEFENDANTS, AUTOZONE TEXAS, LLC,
AUTOZONERS, LLC, AUTOZONE WEST,
LLC, AUTOZONE PARTS, INC., AUTOZONE,
AND JERRY CARRIER

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was electronically served via Electronic Case Filing System ("ECFS") of the United States District Court for the Southern District of Texas and/or certified mail on June 23, 2017 on the following:

| | |
|---|---|
| Micky N. Das<br>Tyler & Das<br>2000 Bering #401<br>Houston, TX 77057 | *Via ECFS* |
| Timothy S. Hart<br>10085 Westpark, Suite B<br>Houston, TX 77042 | *Via ECFS* |

*/s/ Joy M. Brennan*
Joy M. Brennan